**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01176-CR

## THE STATE OF TEXAS, Appellant

## V.

## CHASE DUNCAN, Appellee

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MB12-15283-E**

## ORDER

The Court **GRANTS** appellee's January 22, 2014 motion to extend time to file his brief.

We **ORDER** the appellee's brief received on January 22, 2014 filed as of the date of this order.


/s/      LANA MYERS
         JUSTICE